_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:16-cv-02207-JLS-DFM            Date: April 02, 2018

Title: Theresa Cook v. AvalonBay Communities, Inc. et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER (Doc. 52)

     On March 19, 2018, the Court issued its Final Pretrial Conference Order and ordered "within seven (7) days of entry of this Order" that the parties file joint revised proposed jury instructions or a declaration explaining that they could not agree on a joint set and that Defendants file a corrected proposed jury verdict. (FPTC Order ¶ 4, Doc. 52.) The parties failed to comply with the Court's Order. On its own motion, the Court hereby ORDERS counsel to file the ordered documents forthwith and show cause no later than April 5, 2018, by written declaration why the Court should not issue sanctions for failure to timely comply with a court order.

                                                             Initials of Preparer: _____