UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA COOK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AVALONBAY COMMUNITIES, a California Corporation; SICO INCORPORATED, a Minnesota Corporation; SICO AMERICA INC., a Minnesota Corporation; and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 8:16-CV-02207-JLS-DFM<br><br>**JUDGMENT**<br><br>Date Filed:　07/26/16<br>Trial date:　　04/10/18 |

　　　This action, having been tried as to damages only before the Court sitting with a jury, the Honorable Josephine L. Staton, District Judge, presiding, on April 10, 2018, and the issues having been duly tried and the jury having duly rendered its verdict,

　　　IT IS HEREBY ORDERED ADJUDGED, AND DECREED as follows:

　　　1.　　Judgment shall be entered in favor of Plaintiff Theresa Cook and against Defendant AvalonBay Communities, Inc., and

2. Plaintiff Theresa Cook shall recover from Defendant AvalonBay Communities, Inc. the total amount of Nineteen Thousand Four Hundred Ninety-Four Dollars and Twenty-Two Cents ($19,494.22), which represents the verdict rendered by the jury ($20,000), less the costs incurred by Defendant AvalonBay Communities, Inc. following the expiration of its Rule 68 offer on March 23, 2018 ($505.78).

Dated: June 26, 2018

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE